UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MATTHEW A. TOBIN,
FDOC No. P34138
     Plaintiff,

vs.                                      Case No.: 3:25cv877/LC/ZCB

CEO OF SECURUS
TECHNOLOGIES,
     Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 27, 2025. (Doc. 4). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2.     Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED.**

1

3.    This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who failed to pay the filing fee when he commenced this case.

4.    The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 28th day of July, 2025.


_s/L.A. Collier_
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**